**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-24-0000494**
**20-JUN-2025**
**08:58 AM**
**Dkt. 86 OAWST**

NO. CAAP-24-0000494

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KEAAU DEVELOPMENT PARTNERSHIP LLC.,
Plaintiff/Counterclaim Defendant/Counterclaimant-Appellee, v.
PATRICK JOHN LAWRENCE, JR. dba PJ'S CONSTRUCTION,
Defendant/Counterclaimant/Cross-Claimant/
Counterclaim Defendant/Cross-Claim Defendant-Appellant, and
JANEL M. ARAUJO INC.; JANEL ARAUJO,
Defendants/Counterclaim Defendants/
Cross-Claim Defendants-Appellees, and
ROBERT C. SMELKER, Defendant/Cross-Claim Defendant-Appellee, and
ANNALEINE MELICIA REYNOLDS,
Defendant/Cross-Claim Defendant/Counterclaimant-Appellee, and
LEORA WHITE THOMPSON,
Defendant/Cross-Claim Defendant-Appellee, and
HEIRS OR ASSIGNS OF LEORA WHITE THOMPSON, Defendants-Appellees,
and COUNTY OF HAWAIʻI, Defendant/Cross-Claim Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS 1-10;
DOE CORPORATIONS 1-10; DOE ENTITIES 1-10; DOE TRUSTS 1-10;
AND DOE GOVERNMENTAL AGENCIES 1-10, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CIVIL NO. 3CCV-24-0000033)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and Wadsworth, JJ.)

Upon consideration of the **Stipulation** to Dismiss Appeal, filed May 8, 2025, by Plaintiff/Counterclaim Defendant/Counterclaimant-Appellant Keaau Development Partnership LLC, the papers in support, and the record, it appears that (1) the appeal has been docketed; (2) the parties stipulate to dismiss the appeal and bear their own fees and costs; (3) the Stipulation is

signed by counsel for all appearing parties; and (4) dismissal is authorized by Hawaiʻi Rules of Appellate Procedure Rule 42(b).

Therefore, IT IS HEREBY ORDERED that the Stipulation is approved and the appeal is dismissed. The parties shall bear their own fees and costs.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawaiʻi, June 20, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge